United States District Court
For the Northern District of California

1
2
3
4
5
6                              UNITED STATES DISTRICT COURT

7                            NORTHERN DISTRICT OF CALIFORNIA

8

9    BANK OF NEW YORK MELLON,                    No. C 12-00767 DMR

10          Plaintiff,                           **ORDER VACATING INITIAL CASE**
                                                 **MANAGEMENT CONFERENCE**
11          v.

12   BENJAMIN HERNANDEZ, et al.,

13          Defendants.
     _____/

14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16          In view of the pendency of Plaintiff's motion to remand, the Initial Case Management

17   Conference previously scheduled for May 30, 2012 is hereby VACATED.

18          IT IS SO ORDERED.

19

20   Dated:  May 23, 2012

21                                               _____
                                                 DONNA M. RYU
22                                               United States Magistrate Judge

23

24

25

26

27

28