UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>HERNANDEZ,<br><br>        Defendant(s).<br>_____/ | No. C-12-767 DMR<br><br>**ORDER TO SHOW CAUSE** |

On May 17, 2012, Plaintiff filed a motion to remand this case to state court. [Docket No. 11.] Defendants had until May 31, 2012 to file an opposition or statement of non-opposition to the motion. N.D. Cal. Civ. L.R. 7-3. To date, the court has received no response from Defendants. Therefore, the court ORDERS Defendants by June 13, 2012 (1) to file a statement explaining why they have failed to file an opposition, along with any proposed opposition, or (2) to file a statement of non-opposition. This order does not grant Defendants permission to file an opposition out of time.

Failure to respond to this order in a timely manner may result in the court's granting Plaintiff's motion to remand.

IT IS SO ORDERED.

Dated: June 5, 2012

_____
DONNA M. RYU
United States Magistrate Judge